IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ASHOOR RASHO,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )   Case No. 11-cv-1308<br>ROGER E. WALKER, JR., DR. WILLARD   )<br>ELYEA, DR. WENDY NAVARRO, EDDIE   )   The Honorable Michael M. Mihm<br>JONES, DR. JOHN GARLICK, and DR.   )<br>MICHAEL F. MASSA,   )<br>   )<br>   Defendants.   )<br>   ) | |

## **AMENDED NOTICE OF DEPOSITION OF DR. JOSE MATHEWS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Ashoor Rasho, through his attorneys, will take the deposition upon oral examination of Dr. Jose Mathews on February 16, 2013, commencing at 10:00 a.m. central, at the offices of Mayer Brown LLP, 71 South Wacker Drive, Chicago, Illinois 60606. The examination will take place before an officer, notary public, or other person authorized to administer oaths and will be recorded, entirely or in part, by videotape, audiotape, real time transcription, and/or stenographic means, and shall continue day-to-day until completed. The deposition may be used for all purposes contemplated under the Federal Rules of Civil Procedure.

Dated:  January 30, 2013                    Respectfully submitted,

                                            MAYER BROWN LLP

                                            By:     /s/ William R. Stone
                                                    William R. Stone
                                                    *Counsel for* Ashoor Rasho

Lee N. Abrams
Marc R. Kadish
Matthew V. Wargin
William R. Stone
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600 (phone)
(312) 701-7711 (fax)
*labrams@mayerbrown.com*
*mkadish@mayerbrown.com*
*mwargin@mayerbrown.com*
*wstone@mayerbrown.com*

Alan Mills
UPTOWN PEOPLE'S LAW CENTER
4413 N. Sheridan Rd.
Chicago, IL 60640
(773) 769-1410 (phone)
*alanmills@comcast.net*

# CERTIFICATE OF SERVICE

I, William R. Stone, hereby certify that on January 30, 2013, I caused a copy of the foregoing *Amended Notice of Deposition of Dr. Jose Mathews*, to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to.

| | |
|---|---|
| Heidi Hildebrand<br>Christopher L. Higgerson<br>ILLINOIS ATTORNEY GENERAL<br>500 S. Second St.<br>Springfield, IL 62706<br>217-785-4555<br>hhildebrand@atg.state.il.us<br>chiggerson@atg.state.il.us | Theresa M. Powell<br>HEYL, ROYSTER, VOELKER & ALLEN<br>Suite 575, PNC Bank Building<br>One North Old State Capitol Plaza<br>P.O. Box 1687<br>Springfield, IL 62705-1687<br>217-522-8822<br>tpowell@heylroyster.com |
| | Brian Michael Smith<br>HEYL, ROYSTER, VOELKER & ALLEN<br>Suite 300<br>P.O. Box 129<br>102 E. Main St.<br>Urbana, IL 61801-0129<br>217-344-0060<br>bsmith@heylroyster.com |
| Dated: January 30, 2013 | /s/ William R. Stone<br>William R. Stone<br>MAYER BROWN LLP<br>71 S. Wacker Dr.<br>Chicago, IL 60606<br>(312) 701-8331<br>*wstone@mayerbrown.com*<br><br>*One of Plaintiff Ashoor Rasho's Attorneys* |