Judgment in a Civil Case (02/11)

## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Ashoor Rasho

    Plaintiff

vs.    Case Number:  11-1308

Roger E. Walker, Jr.,
Dr. Willard Elyea,
Dr. Wendy Navarro,
Eddie Jones,
John Garlick,
Dr. Michael F. Massa,

    Defendants.

FILED
MAR 3 1 2014
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Defendants, and against the Plaintiff. This case is terminated, with the parties to bear their own costs.

Dated: 3/31/14

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court