# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| ASHOOR RASHO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 11-cv-1308 |
| DR. JOHN GARLICK and DR. MICHAEL F. MASSA, | ) |
| | ) The Honorable Michael M. Mihm |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Ashoor Rasho, and the Defendants, Dr. John Garlick ("Garlick") and Dr. Michael F. Massa ("Massa") and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by the Plaintiff against the Defendants in the above styled action pursuant to the terms of the parties' settlement agreements and releases.

Respectfully submitted this 19th day of April, 2018.


                        The Parties

                By:    s/Marc R. Kadish
                         For Ashoor Rasho
                         One of his attorneys

Marc R. Kadish
Lee N. Abrams
Kyle J. Steinmetz
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600 (phone)
(312) 701-7711 (fax)
*mkadish@mayerbrown.com*
*labrams@mayerbrown.com*

Alan Mills
UPTOWN PEOPLE'S LAW CENTER
4413 N. Sheridan Rd.
Chicago, IL 60640
(773) 769-1411 (phone)
(773) 769-2224 (fax)
*alanmills@comcast.net*

*Attorneys For Plaintiff*

Dr. John Garlick

By: /s/ Michael M. Powell

John R. Hayes
Lisa A. Cook
Michael M. Powell
ILLINOIS ATTORNEY GENERAL
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4491
(312) 814-4425
*jhayes@atg.state.il.us*
*lcook@atg.state.il.us*
*mpowell@atg.state.il.us*

*Attorneys for Defendant Garlick*

Dr. Michael F. Massa

By: /s/ Theresa M. Powell

Theresa M. Powell
Brian M. Smith
Emily Jane Perkins
HEYL ROYSTER VOELKER & ALLEN
300 Hamilton Blvd., PO Box 6199
Peoria, IL 61601-6199
(217) 836-7534 (telephone)
*tpowell@heylroyster.com*
*bsmith@heylroyster.com*
*eperkins@heylroyster.com*

*Attorneys for Defendant Massa.*

## CERTIFICATE OF SERVICE

I, Marc Kadish, an attorney, hereby certify that on April 19, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

By: /s/ Marc Kadish

Marc Kadish